## SPALDING v. MANASSE.

### SAME v. SAME.

### SAME v. VANACKER.

### SAME v. SAME.

### SAME v. YANADA.

### SAME v. FARWELL.

### SAME v. COHN.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ILLINOIS.

Nos. 278, 279, 280, 281, 282, 284, 285.  Argued April 25, 1889. — Decided May 13, 1889.

No error can be examined in the rulings of the court at the trial of a cause by the court without a jury by agreement of parties, if there is no allegation in the record that the stipulation was in writing, as required by the statute. *Bond* v. *Dustin*, 112 U. S. 604, and *Dundee Mortgage Co.* v. *Hughes*, 124 U. S. 157, followed.

THESE were suits against a collector of customs to recover back duties paid under protest. Judgment in each case for plaintiff, to which defendant sued out a writ of error. The case is stated in the opinion.

*Mr. Assistant Attorney General Maury* for plaintiff in error in each case.

*Mr. Percy L. Shuman* for defendants in error.

MR. CHIEF JUSTICE FULLER delivered the opinion of the court.

All of these cases were tried by the court without a jury, by agreement of the parties, as alleged in the record; but there is no allegation that the stipulation was in writing, as required by the statute; and, under the ruling in *Bond* v. *Dustin*, 112 U. S. 604, and *Dundee Mortgage Company* v. *Hughes*, 124 U. S. 157, no error can be examined in the rulings of the court at the trial. We can only inquire whether the declarations were respectively sufficient to sustain the judgments. As there appears to be no error in this regard, the judgments are severally

*Affirmed.*